# EXHIBIT A

**McDOWELL MOUNTAIN JUSTICE COURT FILED**

**16 MAY 24   AM 9: 33**

1

**MCCARTHY LAW PLC**
Candid Conversation. Wise Counsel.

2   Kevin Fallon McCarthy, 011017
    Joon Kee, 028152

3   Devan E. Michael, 032803
    4250 North Drinkwater Blvd, Suite 320

4   Scottsdale, AZ 85251
    602-456-8900

5   joon.kee@mccarthylawyer.com
    Attorneys for Plaintiff

6                   **McDOWELL MOUNTAIN JUSTICE COURT**
                    **MARICOPA COUNTY, STATE OF ARIZONA**

7                   18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

8   TROY GAMM                              Case No.: CC2016 093592RC

9           Plaintiff,

10  v.                                     **SUMMONS**

    USAA FEDERAL SAVINGS BANK,
11  EQUIFAX INFORMATION SERVICES LLC,
    EXPERIAN INFORMATION SOLUTIONS,
12  INC., AND TRANS UNION LLC,

13          Defendants.

14

15  STATE OF ARIZONA TO:

16          **USAA FEDERAL SAVINGS BANK**
            10750 MCDERMOTT FREEWAY
17          SAN ANTONIO, TEXAS 78288

18          **EQUIFAX INFORMATION SERVICES LLC**
            S/A: PRENTICE-HALL CORP SYSTEM
19          2338 WEST ROYAL PALM ROAD STE-J
20          PHOENIX, ARIZONA 85021

21          **EXPERIAN INFORMATION SOLUTIONS, INC.**
22          S/A: CT CORPORATION SYSTEM
            3800 NORTH CENTRAL AVENUE, SUITE 460
23          PHOENIX, ARIZONA 85012

24          **TRANS UNION LLC**
            S/A: PRENTICE-HALL CORP SYSTEM
25          2338 WEST ROYAL PALM ROAD STE-J
26          PHOENIX, ARIZONA 85021

27

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Gamm v. USAA FSB, et al                    1                          Summons

1   **THE STATE OF ARIZONA TO THE ABOVE-NAMED DEFENDANT(S):**

2   1.      YOU ARE SUMMONED to respond to this complaint by filing a written ANSWER with

3   this Court and by paying the required fee. If you cannot afford to pay the required fee, you may

4   request that the Court either waive or defer the fee.

5   2.      If you were served with this summons in the State of Arizona, the Court must receive your

6   answer within twenty (20) calendar days from the date you were served. If you were served outside

7   the State of Arizona, the Court must receive your answer within thirty (30) calendar days from the

8   date you were served. If the last day is a Saturday, Sunday, or legal holiday, you will have until the

9   next working day to file your answer. When calculating time, do not count the day you were served

10  with the summons.

11  3.      Your answer must be in writing.

12          (a) You may obtain an answer form from this Court.

13          (b) You may also obtain an answer form from the Form section of the Maricopa County

14  Justice Courts website at http://justicecourts.maricopa.gov.

15  4.      Provide a copy of your answer to the Plaintiff(s) or to the Plaintiff's attorney in accordance

16  with JCRCP Rule 120.

17  5.      **IF YOU FAIL TO FILE A WRITTEN ANSWER WITH THIS COURT WITHIN**

18  **THE TIME INDICATED ABOVE, A DEFAULT JUDGMENT MAY BE ENTERED**

19  **AGAINST YOU.**

20  The name and address of Plaintiff's attorney is:

21                      Kevin Fallon McCarthy, Esq.
                        Devan E. Michael, Esq.
22                      Joon Kee, Esq.
                        McCARTHY LAW PLC
23                      4250 North Drinkwater Boulevard, #320
24                      Scottsdale, Arizona 85251

25  SIGNED AND SEALED this date:   MAY 2 4 2016

26                                  By: _Michael R. Reagan_

27                                      Deputy Clerk

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900
WWW.MCCARTHYLAWYER.COM

Gamm v. USAA FSB, et al                    2                                    Summons

**NOTICE TO THE DEFENDANT: A LAWSUIT HAS BEEN FILED AGAINST YOU IN JUSTICE COURTS**

You have rights and responsibilities in this lawsuit. Read this notice carefully.

1. In a justice court lawsuit, individuals have a right to represent themselves, or they may hire an attorney to represent them. A family member or a friend may not represent someone in justice court unless the family member or friend is an attorney. A corporation has a right to be represented by an officer of the corporation, and a limited liability company ("LLC") may be represented by a managing member. A corporation or an LLC may also be represented by an attorney. If you represent yourself, you have the responsibility to properly complete your court papers and to file them when they are due. The clerks and staff at the court are not allowed to give you legal advice. If you would like legal advice, you may ask the court for the name and phone number of a local lawyer referral service, the local bar association, or a legal aid organization.

2. You have a responsibility to follow the Justice Court Rules of Civil Procedure ("JCRCP") that apply in your lawsuit. The rules are available in many public libraries, at the courthouse, and online at the Court Rules page of the Arizona Judicial Branch website, at http://www.azcourts.gov/, under the "AZ Supreme Court" tab.

3. A "plaintiff" is someone who files a lawsuit against a "defendant." You must file an answer or other response to the plaintiff's complaint in writing and within twenty (20) days from the date you were served with the summons and complaint (or thirty (30) days if you were served out-of-state.) If you do not file an answer within this time, the plaintiff may ask the court to enter a "default" and a "default judgment" against you. Your answer must state your defenses to the lawsuit. Answer forms are available at the courthouse, on the Maricopa County Justice Court website at http://justicecourts.maricopa.gov/, and on the Self-Service Center of the Arizona Judicial Branch website at http://www.azcourts.gov/ under the "Public Services" tab. You may also prepare your answer on a plain sheet of paper, but your answer must include the court location, the case number and the names of the parties. You must provide to the plaintiff a copy of any document that you file with the court, including your answer.

4. You may bring a claim against the plaintiff if you have one. When you file your answer or written response with the court, you may also file your "counterclaim" against the plaintiff.

5. You must pay a filing fee to the court when you file your answer. If you cannot afford to pay a filing fee, you may apply to the court for a fee waiver or deferral, but you must still file your answer on time.

6. You may contact the plaintiff or the plaintiff's attorney and try to reach an agreement to settle the lawsuit. However, until an agreement is reached you must still file your answer and participate in the lawsuit. During the lawsuit, the court may require the parties to discuss settlement.

7. Within forty (40) days after your answer has been filed, you and the plaintiff are required to provide a disclosure statement to each other. The disclosure statement provides information about witnesses and exhibits that will be used in the lawsuit. A party may also learn more about the other side's case through discovery. Read the Justice Court Rules of Civil Procedure for more information about disclosure statements and discovery.

8. The court will notify you of all hearing dates and trial dates. You must appear at the time and place specified in each notice. If you fail to appear at a trial or a hearing, the court may enter a judgment against you. To assure that you receive these notices, you must keep the court informed, in writing, of your current address and telephone number until the lawsuit is over.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com

Gamm v. USAA FSB, et al                    3                    Summons

McDOWELL MOUNTAIN
JUSTICE COURT
FILED

16 MAY 24  AM 9: 33

**McCARTHY LAW PLC**
Candid Conversation. Wise Counsel.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
devan.michael@mccarthylawyer.com
Attorneys for Plaintiff

## McDOWELL MOUNTAIN JUSTICE COURT
## MARICOPA COUNTY, STATE OF ARIZONA
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| TROY GAMM | Case No.: CC2016 093592RC |
| Plaintiff, | |
| v. | **COMPLAINT FOR VIOLATION OF FAIR CREDIT REPORTING ACT (15 U.S.C. § 1681 et seq.)** |
| USAA FEDERAL SAVINGS BANK, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC, | |
| Defendants. | |

COMES NOW Plaintiff, Troy Gamm ("Plaintiff"), by and through counsel undersigned, and for its cause of action against the Defendant above-named, and alleges as follows:

1.     That Plaintiff is and was at all times hereinafter mentioned a resident of Maricopa County, Arizona.

2.     That, on information and belief, Defendant USAA Federal Savings Bank, ("USAA"), is not a corporation registered with the Arizona Corporation Commission, but at all times relevant hereto was a federally chartered bank with their headquarters located at 10750 Mcdermott Freeway, San Antonio, Texas 78288.

3.     That, on information and belief, Defendant, is, and at all times relevant hereto was, regularly doing business in the State of Arizona.

4.     That, on information and belief, Defendant, EQUIFAX INFORMATION SERVICES LLC, ("EQUIFAX"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business in Arizona and has designated the following registered statutory agent:

McCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900

Gamm v. USAA FSB                    1                    COMPLAINT

1  CORPORATION SERVICE COMPANY, 2338 WEST ROYAL PALM ROAD, STE. J,

2  PHOENIX, ARIZONA 85021.

3      5.    That, on information and belief, Defendant, EQUIFAX, is, and at all times relevant

4  hereto was, regularly doing business in the State of Arizona.

5      6.    That, on information and belief, Defendant, EXPERIAN INFORMATION

6  SOLUTIONS, INC. ("EXPERIAN") is a credit reporting agency, as defined by 15 U.S.C. §

7  1681a(f), licensed to do business in Arizona and has designated the following registered statutory

8  agent: CT CORPORATION SYSTEM, 3800 NORTH CENTRAL AVENUE, SUITE 460,

9  PHOENIX, ARIZONA 85012.

10      7.    That, on information and belief, Defendant, EXPERIAN, is, and at all times relevant

11  hereto was, regularly doing business in the State of Arizona.

12      8.    That, on information and belief, Defendant, TRANS UNION LLC. ("TRANS

13  UNION"), is a credit reporting agency, as defined by 15 U.S.C. § 1681a(f), licensed to do business

14  in Arizona and has designated the following registered statutory agent: PRENTICE-HALL CORP

15  SYSTEM, 2338 WEST ROYAL PALM ROAD, STE-J, PHOENIX, AZ 85021.

16      9.    That, on information and belief, Defendant, TRANS UNION, is, and at all times

17  relevant hereto was, regularly doing business in the State of Arizona.

18      10.    That the Court has jurisdiction over this action pursuant to 15 U.S.C. § 1681p, the

19  Fair Credit Reporting Act ("FCRA") and that personal jurisdiction exists over Defendant as it had

20  the necessary minimum contacts with the State of Arizona.

21      11.    That the Plaintiff is a consumer and victim of inaccurate reporting by Defendants.

22      12.    That on or about October 6, 2014, USAA, through their counsel Lindow, Stephens,

23  Treat LLP ("USAA Counsel"), proposed two offers to Plaintiff's counsel, McCarthy Law PLC, to

24  settle the USAA Account ending in 3840 ("Account").

25      13.    USAA's second proposed offer stated that USAA would refund to Plaintiff a

26  payment recently made to USAA in the amount of $3,069.04 ("Refund"), charge-off the entire

27  balance purported to be due and owing, and issue a 1099-C reflecting that the debt was forgiven

28  ("Offer"). Exhibit A.

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456 8900

Gamm v. USAA FSB          2          COMPLAINT

14.     On November 12, 2014, Plaintiff's counsel presented a counter-offer to the Offer, which accepted all of USAA's proposed terms, provided that USAA report a zero dollar ($0) balance owed on the Account across all three bureaus within 30 days of an agreement being executed, that the payment history be accurately updated with the credit bureaus to reflect the last payment made on the Account to August 2011, and that the 1099-C be issued in 2015 ("Counter-Offer"). Exhibit B.

15.     On November 24, 2015, USAA Counsel confirmed to Plaintiff's counsel that the Counter-Offer had been forwarded to USAA and expected to hear back by the end of the week. Exhibit B.

16.     On or about January 28, 2015, USAA Counsel called Plaintiff's counsel and advised that the Counter-Offer had been accepted and the Refund was on the way.

17.     That on or about February 9, 2015, Plaintiff's counsel received Refund, further confirming USAA's acceptance of the Counter-Offer through performance. Exhibit C.

18.     That on or about June 22, 2015, Plaintiff's counsel informed USAA Counsel that Plaintiff's Account was still reporting a balance due in breach of the settlement agreement. Exhibit D.

19.     That on or about July 7, 2015, USAA Counsel advised Plaintiff's counsel that he had raised the issues on the Account to USAA and requested that USAA update the Account reporting consistent with the terms of the settlement agreement, but he had not heard back from USAA and he would follow up. Exhibit E.

20.     That between July 2015 and March 2016, Plaintiff's counsel reached out to USAA Counsel on numerous occasions in an attempt to resolve the incorrect reporting of the Account pursuant to the settlement agreement, and USAA Counsel failed to respond.

21.     On March 21, 2016, in an effort to try to avoid litigation, Plaintiff's counsel again advised USAA Counsel that USAA had not yet completed the remaining obligations pursuant to the settlement agreement and that litigation would be forthcoming should USAA not fulfill the remaining obligations pursuant to the settlement agreement. Exhibit F.

MCCARTHY LAW, PLC
4250 N. DRINKWATER BLVD
SUITE 320
SCOTTSDALE, ARIZONA 85251
602-456-8900

Gamm v. USAA FSB                                        3                                        COMPLAINT

22. That USAA is willfully reporting derogatory and inaccurate information about Plaintiff to one or more consumer reporting agencies ("CRAs") by continuing to report a balance on Account, as defined by 15 U.S.C. § 1681a.

23. The Defendant CRAs, EXPERIAN, EQUIFAX, and TRANS UNION (collectively referred to as the "Defendant CRAs") are willfully reporting derogatory and inaccurate information about Plaintiffs to third-parties.

24. On April 1, 2016, Plaintiff sent written disputes regarding the accuracy of the derogatory information reported by USAA on his personal consumer credit reports to the Defendant CRAs and by the Defendant CRAs to third-parties. Exhibits G-I.

25. The Defendant USAA is willfully reporting derogatory and inaccurate information about Plaintiff to third-parties in violation of 15 U.S.C. § 1681s-2(b). Exhibits J-L.

26. That Plaintiff was denied a VA loan due to the derogatory and inaccurate information about Plaintiff on his consumer credit report.

27. That due to the denial of the VA loan, Plaintiff was unable to purchase a residence closer to his place of employment which would have reduced his commute time by approximately fifty percent (50%) along with a substantial reduction in the amount of money spent on fuel.

28. That since the denial of the VA loan, property prices in the area where Plaintiff was attempting to purchase a residence have increased approximately 7%.

29. That Plaintiff was denied an auto loan due to the derogatory and inaccurate information about Plaintiff on his consumer credit report.

30. That Plaintiff suffered actual and concrete harm due to the inaccurate reporting by USAA of the Account on his consumer credit reports.

31. The foregoing acts and omissions of the Defendants constitute unacceptable violations of the FCRA.

32. As a result of the foregoing, Plaintiff has suffered damages in an amount to be shown at trial but not exceeding $10,000.00.

\\\

\\\

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Gamm v. USAA FSB                    4                    COMPLAINT

1    WHEREFORE, Plaintiff seeks a reasonable and fair judgment against defendant for willful

2 noncompliance of the Fair Credit Reporting Act and seeks his statutory remedies as defined by 15

3 U.S.C. § 1681n and demands:

    1.  Actual damages to be shown at trial, or statutory damages of not less than $100 and not more than $1,000 per violation pursuant to 15 U.S.C. § 1681n(a)(1)(A);

    2.  Punitive damages, pursuant 15 U.S.C. § 1681n(a)(2), for Defendant's willful violation;

    3.  The costs of instituting this action together with reasonable attorney's fees incurred by Plaintiff pursuant to 15 U.S.C. § 1681n(a)(3); and

    4.  Any further legal and equitable relief as the court may deem just and proper in the circumstances.

Respectfully submitted this 20th day of May, 2016.

                MCCARTHY LAW, PLC

                By:
                Joon N. Kee, Esq.
                Devan Michal, Esq.
                Kevin Fallon McCarthy, Esq.
                Attorneys for Plaintiffs

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900

Gamm v. USAA FSB             5             COMPLAINT

# EXHIBIT A

# LINDOW ▪ STEPHENS ▪ TREAT LLP

### ATTORNEYS

TELEPHONE: (210) 227-2200
FACSIMILE:  (210) 227-4602

ONE RIVERWALK PLACE
700 N ST. MARY'S STREET, SUITE 1700
SAN ANTONIO, TEXAS 78205

TSCHULTZ@LSTLAW.COM

THE ARBORETUM PARK
1410 DOVE AVENUE
MCALLEN, TEXAS 78504

**CONFIDENTIALITY NOTICE:** Unless otherwise indicated, the information contained in this telecopy is confidential and attorney-privileged and is intended for the use of the individual or entity named below. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this telecopy to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this telecommunication is strictly prohibited. If you have received this telecommunication in error, please immediately notify the sender via telephone and return the original telecopy to Lindow Stephens Treat LLP, at its expense, at the address indicated above via the U.S. Postal Service. Thank you.

When applicable, this telephonic document transfer constitutes service pursuant to Rules 21 and 21a of the Texas Rules of Civil Procedure.

## FACSIMILE TRANSMISSION COVER SHEET

**DATE:**            October 8, 2014

**TO:**       **Ashley Yuriel Tuchman**                    **@ (602) 218-4447**

**FROM:**    **Marcela Trevino, Secretary to Theodore C. Schultz**

**TOTAL NUMBER OF PAGES (including cover sheet):**        **3**

Re:    *Troy R. Gamm*

**MESSAGE:**        Please see attached.

## LINDOW ▪ STEPHENS ▪ TREAT LLP

### A T T O R N E Y S

TELEPHONE: (210) 227-2200
FACSIMILE: (210) 227-4602

ONE RIVERWALK PLACE
700 N ST. MARY'S STREET, SUITE 1700
SAN ANTONIO, TEXAS 78205

TSCHULTZ@LSTLAW.COM

THE ARBORETUM PARK
1410 DOVE AVENUE
MCALLEN, TEXAS 78504

October 6, 2014

***Via facsimile***
Ms. Ashley Yuriel Tuchman
MCCARTHY LAW PLC
4250 N. Drinkwater Blvd., Suite 320
Scottsdale, Arizona 85251

      Re:    *Troy R. Gamm*

Dear Ms. Tuchman:

      I have been hired to represent USAA Federal Savings Bank ("USAA FSB") with regard to the ongoing dispute regarding the attempted settlement with Troy R. Gamm. We are somewhat confused by your threat to file suit against USAA FSB.

      As you are aware, your client indicated that he would settle the outstanding balance on his account for $20,500 in April 2013. USAA FSB indicated these terms were sufficient, and sent an offer letter to your client on April 11, 2013, confirming settlement. The April 11, 2013 offer letter contained the wrong settlement amount of $3,069.04, a typographical error. A corrected letter was sent to your client on May 7, 2013, indicating that USAA FSB would settle for the amount of $20,500. Your client, in June 2013, paid $3,069.04, and you have threatened to sue to enforce settlement at that price.

      We think your position is untenable. It is hornbook law that an offeror may revoke an offer prior to acceptance. *See Cole v. Sandel Medical Industries, L.L.C.*, 413 Fed.Appx. 683 (5th Cir. 2011). One method of revocation is for the offeror to make a new offer, which serves as an effective revocation of the prior offer. *See id.* In addition, a scrivener's mistake does not create an enforceable contract – and, at most, what the record shows is that the offer of April 11, 2013 contained a scrivener's error.

      My client still wishes to resolve this matter without litigation, and accordingly, it will make your client two separate offers to resolve this matter. First, your client may accept the settlement of $20,500, pay USAA FSB the sum total of $17,430.96, and live with the original terms of the agreement – after all, he is the one who proposed a settlement of $20,500. In the alternative, USAA FSB will refund him the $3,069.04 already paid, charge off the entire $48,663.55 balance due and owing. In either case, an appropriate 1099C will be issued, reflecting the actual amount of debt forgiven under the loan.

Ms. Tuchman:
October 6, 2014
Page 2 of 2

Please contact me at your convenience to resolve this matter.

Sincerely,

Theodore Schultz

# EXHIBIT B

5/17/2016

McCarthy Law PLC Mail - Troy Gamm v. USAA

San Francisco Area 415.684.9333
Sherman Oaks 818.812.4330

This conversation is in furtherance of compromising a claim which is disputed as to both validity and amount. As such, pursuant to Rule 408 of the AZ rules of evidence and California Evidence Code §1152, 1154 , the contents of this conversation is not admissible in the event settlement cannot be reached.

The information contained in this transmission may be attorney-client privileged and/or confidential. It is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply e-mail. Our company accepts no liability for the content of this email, or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission.

**Ted Schultz** <tschultz@lstlaw.com>
To: Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>

Tue, Oct 21, 2014 at 3:11 PM

Thanks.  That is very helpful to know.

From: Ashley Tuchman [mailto:ashley.tuchman@mccarthylawyer.com]
Sent: Tuesday, October 21, 2014 4:57 PM
To: Ted Schultz
Subject: Troy Gamm v. USAA

[Quoted text hidden]

**Ashley Tuchman** <ashley.tuchman@mccarthylawyer.com>
To: Ted Schultz <tschultz@lstlaw.com>

Wed, Nov 12, 2014 at 4:23 PM

Mr. Schultz,

Sorry for the delayed response but my client had a family emergency to tend to that took some time to resolve.

My client would like to agree to accept your client's offer to return to him the $3,069.04 and write off the full amount of the debt by issuing a 1099-C for the full balance owed; however, his acceptance is contingent upon the following:

1. The agreement states that USAA will report to the credit bureaus that the debt was written off with a 1099-C issued and that a 0 balance is owed. He understands that your client may choose to phrase the status of the debt in a certain ways that comply with USAA and Credit Bureau policy so the most important part is that the balance owed is changed to 0 with all three bureaus within 30 days of the agreement being executed.

5/17/2016

McCarthy Law PLC Mail - Troy Gamm v. USAA

2. As you can see from the attached, USAA reported that the most recent payment on the account was made in June 2013 in the amount of $3,069.04. My client is asking that the last payment be reported as the true and correct last date of payment prior to the miscommunication. This should be no problem with your client as this would be the correct way to report now that the payment is being returned. It appears from the credit report that the last payment was actually around August of 2011.

3. That the 1099-C be issued in 2015.

Please talk to your client about this contingencies and let me know where your client stands on these issues. Once I here back from you, I hope to get this wrapped up fairly quickly.

Best,

[Quoted text hidden]

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@sdlaw.com>

Wed, Nov 12, 2014 at 4:23 PM

This time with the attachment

[Quoted text hidden]

🗎 Gamm USAA Reporting.pdf
   472K

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@sdlaw.com>

Mon, Nov 24, 2014 at 3:58 PM

Mr. Schultz.

Are you still handling this case?

[Quoted text hidden]

**Ted Schultz <tschultz@sdlaw.com>**
To: Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>

Mon, Nov 24, 2014 at 4:14 PM

Yes, and I've forwarded your counter-offer to the client; I'm waiting to hear back and expect to this week. My clients are finishing a huge FINRA audit (the yearly grind) and Thanksgiving rush, but I have not forgotten you.

Thanks,

https://mail.google.com/mail/u/0/?ui=2&ik=3891807346view=pt&q=tschultz%40sdlaw.com&qs=true&search=query&th=1493d661f922c33&siml=1493d661f922c33&siml=1493d661f922c33&siml=... 3/7

# EXHIBIT C

MAIL DIR

02809.1R07D.JSS997581087.01.01.17
MCCARTHY LAW
4250 N DRINKWATER BLVD
SCOTTSDALE, AZ 85251

RECEIPT


USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0544

0003308916

02/03/2015
$**3,069.04

Preparer

Payee: MCCARTHY LAW

MEMO:  TROY GAMM
CREDIT BALANCE REFUND

91026-0109


18433-1013

RETAIN THE TOP PORTION FOR YOUR RECORDS

FACE OF DOCUMENT HAS A COLORED BACKGROUND. THE BACK CONTAINS AN ARTIFICIAL WATERMARK. HOLD AT ANGLE TO VIEW.

USAA FEDERAL SAVINGS BANK
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78288-0544

88-88/1113

0003308916

02/03/2015
$**3,069.04

Preparer          Void if over $**3,069.04

PAY **Three Thousand Sixty-Nine and 04/100 s**

TO THE      MCCARTHY LAW
ORDER OF:

MEMO: TROY GAMM
CREDIT BALANCE REFUND


AUTHORIZED SIGNATURE

JPMORGAN CHASE BANK N.A. - DALLAS, TX          VOID AFTER 180 DAYS

# EXHIBIT D

5/17/2016

McCarthy Law PLC Mail - Troy Gamm v. USAA

I returned your call last week and never heard back. Feel free to email me if that is better for you.

[Quoted text hidden]

---

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@lstlaw.com>

Tue, Feb 10, 2015 at 8:47 AM

Ted.

We have received the check but can you please respond back in writing that USAA has agreed to the above-mentioned terms.

Best.

On Wed, Nov 12, 2014 at 4:23 PM, Ashley Tuchman <ashley.tuchman@mccarthylawyer.com> wrote:
[Quoted text hidden]
[Quoted text hidden]

---

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@lstlaw.com>

Mon, Jun 22, 2015 at 5:52 PM

Just a reminder to let me know what is going on with this file. You had let me know via voicemail that the check was sent and all was accepted but my client still shows a balance reporting on his credit report. Please let me know what i going on.

Best.
[Quoted text hidden]

---

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@lstlaw.com>

Tue, Jun 30, 2015 at 8:10 AM

Ted.

I never heard back from you as promised. Please advise in re: Troy Gamm v. USAA
[Quoted text hidden]

---

**Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>**
To: Ted Schultz <tschultz@lstlaw.com>

Tue, Jul 7, 2015 at 10:37 AM

Ted.

I feel as if you are ignoring me at this point. Please get back to me.
[Quoted text hidden]

---

**Ted Schultz <tschultz@lstlaw.com>**
To: Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>

Tue, Jul 7, 2015 at 11:39 AM

https://mail.google.com/mail/u/0/?ui=2&ik=8891937346&view=pt&q=tschultz%40lstlaw.com&st=r&sstp=1&qs=true&search=query&th=1483d51e1f22c93&siml=1483d51e1f22c93&siml=1483d4c5a5518b22a&siml=... 5/7

# EXHIBIT E

Best.

On Wed. Jul 8. 2015 at 6:56 PM. Ted Schultz <tschultz@lstlaw.com> wrote:

Ill contact my client and find out what is going on.

Sent from my iPhone

On Jul 8. 2015. at 5:55 PM. "Ashley Tuchman" <ashley.tuchman@mccarthylawyer.com> wrote:

Ted.

Thank you for you message. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

USAA is still reporting a balance owed and we requested the balance to be reported as 0 as part of the agreement.

# Ashley Y. Tuchman. Esq.

McCarthy Law PLC

4250 North Drinkwater Blvd. Suite 320

Scottsdale. AZ  85251

602.456 8900 Phone

602.218.4447 Fax
http://www.McCarthyLawyer.com

McCarthy Law Office Locations

Los Angeles Area 310.564.0999

Phoenix Area 602.456.8900

San Diego Area 619.478.6200

San Francisco Area 415.684.9333

Sherman Oaks 818.812.4330

This conversation is in furtherance of compromising a claim which is disputed as to both validity and amount. As such, pursuant to Rule 408 of the AZ rules of evidence and California Evidence Code §1152, 1154 , the contents of this conversation is not admissible in the event settlement cannot be reached.

# EXHIBIT F

Forwarded message

**From:** Ted Schultz <tschultz@lstlaw.com>
**Date:** Mon. Mar 21. 2016 at 1:55 PM
**Subject:** RE: Troy Gamm
**To:** Ashley Tuchman <ashley.tuchman@mccarthylawyer.com>
**Cc:** Joan DiBella <joan.dibella@mccarthylawyer.com>

Thanks for letting me know Ashley.  This slipped off my radar completely.

Ted Schultz

210-227-2200 (p)

210-227-4602 (f)

tschultz@lstlaw.com (w)

**From:** Ashley Tuchman [mailto:ashley.tuchman@mccarthylawyer.com]
**Sent:** Monday, March 21, 2016 3:55 PM
**To:** Ted Schultz
**Cc:** Joan DiBella
**Subject:** Re: Troy Gamm

Ted.

This issue was never corrected and I never heard back from you. We will be taking action on behalf of our client.

# EXHIBIT G

**Troy Gamm**
**32144 North 127 Drive**
**Peoria, AZ 85383**

April 1, 2016

Equifax Information Services, LLC
PO Box 740256
Atlanta, GA 30374

> RE:   Name: Troy Gamm
> Address: 32144 North 127 Drive, Peoria, AZ 85383
> SS#: ▓▓▓▓6205
> DOB: ▓▓▓▓▓▓
> Report Date: 03/21/2016
> Confirmation #: 6581361808

To Whom It May Concern:

Attached is a page from my credit report reporting a balance owed to USAA in the amount of $48,663.00 – Account #▓▓▓3840.

This account was settled in 2013 with Theodore C. Schultz, attorney for USAA. During this settlement, Mr. Schultz agreed to write off the debt and issue a 1099-C for the entire balance. Mr. Schultz also agreed to zero the account balance on the credit report within 30 days.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Troy Gamm

Welcome Troy

- **My Account**
- **Contact Us**
- **Sign Out**
- **Back to Equifax.com**

# EQUIFAX·

# Equifax Complete™ Premier Plan

**Dashboard**
**Alerts**
**Scores**
**Reports**
**Debt**

Dispute Information:

Equifax Dispute: www.equifax.com/dispute
Confirmation #: 6581361808
Experian Dispute:
www.experian.com/rs/equifaxinvestigations.html
TransUnion Dispute:
www.transunion.com/equifax/investigate

1. **Alerts**
2. **Reports**
3. Credit Scores
   - **Summary**
   - **Understanding Your Score**
   - **Your Loan Risk Rating**
   - **Interactive Score Estimator**
   - **3-in-1 Credit Report**
     - **Summary**
     - **Account Information**
     - **Inquiries**
     - **Negative Information**
       - **Negative Accounts**
       - **Collections**
       - **Public Records**
     - **Personal Information**
     - **Dispute File Information**
   - **Archive**
4. **Insurance**
5. **Score Monitoring**

# 3-in-1 Credit Report for TROY RAY GAMM

**Print Report**

| | | | |
|---|---|---|---|
| Comments: | LAST REPORTED DELINQUENCIES: 10/2011=M5,09/2011=M5,08/2011=M5 FANNIE MAE ACCOUNT FORECLOSURE PROCESS STARTED | FORECLOSURE REDEEMED LAST REPORTED DELINQUENCIES: 10/2011=M5,09/2011=M5,08/2011=M5 | DELINQUENCIES: 06/2011=M8 CREDIT GRANTOR RECLAIMED COLLATERAL TO SETTLE DEFAULTED MORTGAGE FORECLOSURE PROCEEDINGS STARTED FORECLOSURE PROCEEDINGS STARTED LAST PAID: 02/2011 |

Show Details

## USAA FEDERAL SAVINGS BANK

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| Account Type: | Revolving | | Installment |
| Account Number: | 8373XXXX | | 8373XXXX |
| Payment Responsibility: | Individual | | Individual |
| Date Opened: | 03/2006 | | 03/2006 |
| Balance Date: | 08/2014 | | 06/2013 |
| Balance Amount: | $48,663 | | $48,663 |
| Monthly Payment: | $0 | | |
| High/Limit: | $51,732 | | $53,000 |
| Account Status: | Collection | | Late Over 120 Days |
| Past Due Amount: | $48,663 | | $48,663 |
| Comments: | LAST REPORTED DELINQUENCIES: 05/2014=R9,04/2014=R9,03/2014=R9 COLLATERAL RELEASED BY CREDITOR/BALANCE OWING CHARGED OFF ACCOUNT | | DISPUTE RESOLVED ACCOUNT DELINQUENT 150 DAYS PAST DUE DATE LAST REPORTED DELINQUENCIES: 07/2012=I9 CHARGE OFF LAST PAID: 06/2013 |

Show Details

## USAA SVG BK

| | Equifax | TransUnion | Experian |
|---|---|---|---|
| Account Type: | | CreditLine | |
| Account Number: | | XXXX | |

# EXHIBIT H

Troy Gamm
32144 North 127 Drive
Peoria, AZ 85383

April 1, 2016

Experian
NCAC
PO Box 9701
Allen, TX 75013

RE:     Name: Troy Gamm
        Address: 32144 North 127 Drive, Peoria, AZ 85383
        SS#: ▮▮▮5205
        DOB: ▮▮▮▮▮
        Report Date: 03/20/2016
        Report #:

To Whom It May Concern:

Attached is a page from my credit report reporting a balance owed to USAA in the amount of $48,663.00 — Account #▮▮▮3840.

This account was settled in 2013 with Theodore C. Schultz, attorney for USAA. During this settlement, Mr. Schultz agreed to write off the debt and issue a 1099-C for the entire balance. Mr. Schultz also agreed to zero the account balance on the credit report within 30 days.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Troy Gamm



Credit Report Prepared For:

## TROY R GAMM

Experian Report As Of:  Mar 20, 2016

TROY R GAMM - Experian
Date of Report: Mar 20, 2016

Experian

## Account Summary

### My Personal Information

**Name**
TROY R GAMM

**Also Known As**
TROY BAMM

**Birth Year**
███

**Addresses**
████████

**Personal Statement(s)**
No Statement(s) present at this time

**Employer(s)**
██████

# EXHIBIT I

Troy Gamm
32144 North 127 Drive
Peoria, AZ 85383


April 1, 2016


Transunion Consumer Relations
PO Box 2000
Chester, PA 19022-2000


RE:    Name: Troy Gamm
       Address: 32144 North 127 Drive, Peoria, AZ 85383
       SS#:         6205
       DOB:
       Report Date: 03/20/2016
       File #: 316715767

To Whom It May Concern:

Attached is a page from my credit report reporting a balance owed to USAA in the amount of $48,663.00 — Account #    8840.

This account was settled in 2013 with Theodore C. Schultz, attorney for USAA. During this settlement, Mr. Schultz agreed to write off the debt and issue a 1099-C for the entire balance. Mr. Schultz also agreed to zero the account balance on the credit report within 30 days.

I am requesting that this account be immediately corrected on my credit report to reflect a zero balance.

Regards,
Troy Gamm



**TransUnion**

Report Created On: 03/20/2016
File Number: 319715767

-Begin Credit Report-

## Personal Information

SSN: XXX-XX-6205
Your SSN has been masked for your protection.

You have been on our files since 10/01/1988
Date of Birth:

**Names Reported:** TROY R. GAMM, TROY GUMM, TROY RAY BAMM and TOREY R. TAMM

**Addresses Reported:**

Address                                          Date Reported

**Telephone Numbers Reported:**

**Employment Data Reported:**

Employer Name              Position              Date Verified

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**
Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | CO | FC |
|-----|---|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120 + days late | Collection | Voluntary Surrender | Repo-ssession | Charge Off | Foreclosure |

**Remarks Key**
Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as 'Remarks'. The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

DRC   DISP INVG COMP-CONSUM DISAGRS

## Adverse Accounts





**USAA SAVINGS BANK   #8373****
10750 MCDERMOTT FWY
SAN ANTONIO, TX 78244
(800) 531-2265 x88034**

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** | 03/07/2006 | **Balance:** | $48,663 | **Pay Status:** | >Charged Off< |
| **Responsibility:** | Individual Account | **Date Updated:** | 08/18/2014 | **Terms:** | Paid Monthly |
| **Account Type:** | Line of Credit | **Payment Received:** | $3,069 | **Date Closed:** | 02/29/2012 |
| | Account | **Last Payment Made:** | 08/03/2013 | >Maximum Delinquency of 120 days in 12/2011 and in | |
| **Loan Type:** | UNSECURED | **High Balance:** | $53,000 | 01/2012< | |
| | | **Credit Limit:** | $53,000 | | |
| | | **Past Due:** | >$48,663< | | |

**TransUnion**

**Remarks:** DISP INVG COMP-RPT BY GRNTR; COLLAT RELEASD-BAL OWING; >UNPAID BALANCE CHARGED OFF<
**Estimated month and year that this item will be removed:** 08/2018

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 01/2012 | 02/2012 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 01/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2010 | 04/2011 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 120 | 120 | 90 | 60 | 30 | OK | OK | OK | OK | OK |

| | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 | 11/2008 | 10/2008 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 |
|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2007 | 10/2007 |
|---|---|---|
| Rating | OK | OK |

Satisfactory Accounts

# EXHIBIT J

P. O. Box 105518
Atlanta, GA 30348

**EQUIFAX**

**CREDIT FILE : April 28, 2016**

**Confirmation # 6100039134**

Dear Troy Ray Gamm:

000004713 FOECA0429160519590000 01 000000
002224323-9195
**Troy Ray Gamm**
32144 N 127th Dr
Peoria, AZ 85383-5051

Below are the results of your reinvestigation request and, as applicable, any revisions to your credit file. If you have additional questions regarding the reinvestigated items, please contact the source of that information directly. You may also contact Equifax regarding the specific information contained within this letter or report within the next 60 days by visiting us at www.investigate.equifax.com or by calling a Customer Representative at (888) 425-7961 from 9:00am to 5:00pm Monday-Friday in your time zone.

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies whose information are the subject of your dispute.

Visit us at www.equifax.com/CreditReportAssistance or Call us at 866-349-5186.

Thank you for giving Equifax the opportunity to serve you.

**The Results Of Our Reinvestigation**

**Credit Account Information**
(For your security, the last 4 digits of account number(s) have been replaced by *.)
(This section includes open and closed accounts reported by credit grantors.)

| Account History | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
|---|---|---|---|
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| Status Code | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| Descriptions | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> We have researched the credit account. Account # - 8373* The results are: Historical account information was deleted from this account. The balance of this item has been updated. Additional information has been provided from the original source regarding this item. If you have additional questions about this item please contact: USAA Federal Savings Bank, Attn: Home Equity Servicin, 10750 W IH 10, San Antonio TX 78284-8850 Phone: (210) 456-8046

( Continued On Next Page )

Page 1 of 2

6100039134APPLADM-002224323-9195 - 11623 - .

**USAA Federal Savings Bank**   Attn: Home Equity Servicing 10750 W. Ih 10 San Antonio TX 78249-8850 (210) 456-8046

| Account Number | | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | | Months Revd | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 83773* | | 03/01/2006 | $0 | $53,000 | | Monthly | | 87 | | | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 04/28/2016 | $51,732 | $51,732 | 07/2011 | $3,069 | $0 | 09/2011 | | 02/2012 | $51,732 | | $0 | | |

Status - Charge Off; Type of Account - Line Of Loan - Home Equity Line Of Credit; Whose Account - Individual Account;   ADDITIONAL INFORMATION - ; Charged Off

**Account: Home Equity Loan:**

Account History with Status Codes

| 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L | L |

| 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | 1 | 2 | 3 | 4 | 4 | 3 | 2 | 1 | |

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

61000391344PPLADM-002224323-9195-11

( End Of Report )

# EXHIBIT K

Prepared for: TROY GAMM
Date: April 28, 2016
Report number: 0817-5698-88

Page 1 of 28

# Experian
A world of insight

## Dispute Results

This summary shows the revision(s) made to your credit file as a result of our processing of your dispute. If you still question an item, then you may want to contact the furnisher of the information directly or review the original information in the public record. You may also submit additional documents to us supporting your claim at experian.com/upload or by mail.

The federal Fair Credit Reporting Act states that you may:

- request a description of how we processed your dispute, including the business name and address of any furnisher of information contacted in connection with such information and the telephone number if reasonably available;

- add a statement disputing the accuracy or completeness of the information; and

- request that we send these results to organizations that you specifically designate who have requested your credit report, which contained the deleted or disputed information, within the past two years for employment purposes or within six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York.) As a word of general precaution, the results can contain sensitive information; as such, you will want to give careful thought when sharing this information.

If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental.

If no information follows, our response appeared on the previous page.

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

## How to read your results

**Deleted** - This item was removed from your credit report

**Remains** - This item was not changed as a result of our processing of your dispute

**Updated** - A change was made to this item; review this report to view the change. If ownership of the item was disputed, then it was verified as belonging to you

**Processed** - This item was either updated or deleted; review this report to learn its outcome

## Results

We have completed the processing of your dispute(s). Here are the results:

| Credit items | Outcome |
|---|---|
| USAA FEDERAL SAVINGS BK 8373.... | Processed |

Visit experian.com/status to check the status of your pending disputes at any time

0158509485

0001515  03 MB 1.167  **AUTO   8 0 7103 85383-S05144   -C03-P015161-1
TROY GAMM
32144 NORTH 127TH DRIVE
PEORIA AZ 85383-5051

PO Box 9701
Allen, TX 75013







**Experian**
A world of insight

Your accounts that may be considered negative (continued)

**USAA FEDERAL SAVINGS BK**
PO BOX 33009
SAN ANTONIO TX 78265
No phone number available
Partial account number
8373....
Address identification number
0745616360

| | |
|---|---|
| **Date opened** | Mar 2006 |
| **First reported** | Apr 2009 |
| **Date of status** | Feb 2012 |

| | |
|---|---|
| **Type** | Home Equity |
| **Terms** | Not reported |
| **Monthly payment** | Not reported |

| | |
|---|---|
| **Credit limit or original amount** | $53,000 |
| **High balance** | Not reported |

| | |
|---|---|
| **Recent balance** | $51,732 as of Apr 2016 |
| **Recent payment** | $3,069 |

**Responsibility**
Individual
**Status**
Account charged off. $51,732 written off. $51,732 past due as of Apr 2016.
This account is scheduled to continue on record until Jun 2018.
**Comment**
Account previously in dispute - investigation complete, reported by data furnisher
**Comment:**
Collateral released by creditor/balance owing
This item was updated from our processing of your dispute in Apr 2016.

**Payment history**

2016
APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR
CO CO CO CO CO CO CO CO CO

2014
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV
CO CO CO CO CO CO CO CO CO CO CO

2013
FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
CO CO CO CO CO CO CO

2012
JAN DEC NOV
CO CO CO

2011
OCT SEP AUG JUL JUN MAY APR MAR FEB
CO CO CO CO

2010
JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB JAN DEC NOV OCT SEP AUG JUL JUN MAY APR MAR FEB
CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO CO

2009
JAN DEC NOV OCT SEP AUG JUL JUN MAY
OK OK OK OK OK OK

**Your accounts in good standing**
These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years.

# EXHIBIT L



*** 316715767-011 ***
P.O. Box 2000
Chester, PA 19016-2000

05/03/2016



P5MY9000200094-I000559-019426245

TROY R. GAMM
32144 N 127TH DR
PEORIA, AZ 85383-5051

*You are invited to participate in a brief survey designed to measure your satisfaction with TransUnion. None of your personal information or your credit information will be collected through this online survey. We value your feedback!*

*http://transunionmail.periscopeiq.com*



Our investigation of the dispute you recently submitted is now complete. The results are listed below. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the corrected status at the time of investigation.

If our investigation has not resolved your dispute, you may add a 100-word statement to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to TransUnion including this information in every credit report we issue about you. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly.

If there has been a change to your credit history resulting from our investigation, or if you add a consumer statement, you may request that TransUnion send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose.

If interested, you may also request a description of how the investigation was conducted along with the business name, address and telephone number of the source of information.

Thank you for helping ensure the accuracy of your credit information.

For frequently asked questions about your credit report, please visit http://transunion.com/consumerfaqs .

## Investigation Results

| ITEM | DESCRIPTION | RESULTS |
| --- | --- | --- |
| USAA SAVINGS BANK<br>10750 MCDERMOTT FWY<br>SAN ANTONIO, TX 78244<br>(800) 531-2265 x68034 | # 8373**** | NEW INFORMATION BELOW |

# TransUnion Personal Credit Score
TROY R. GAMM

## YOUR CREDIT SCORE



| Your Score & Grade | Score & Grade Range | Where You Rank |
|---|---|---|
| **Score**<br>**Not Purchased**<br>(See Below)<br><br>**Grade**<br><br>**Created on**<br>05/03/2016 | Unavailable<br>(See Below) | Unavailable<br>(See Below) |
| Based on your TransUnion credit report, this is a depiction of your creditworthiness. | The numerical score ranges from 990 to 501 equaling grade ranges from A to F. | Your credit ranks higher than --% of the nation's population. |

Score & Grade Range scale: A—990, B—900, C—800, —700, D—600, F—501

Where You Rank scale: —100%, —50%, —0%

## Summary
You did not order a TransUnion credit score. You can purchase your credit score for $9.95 by calling 1-866-SCORE-TU or 1-866-726-7388.



## Important Information concerning <u>Your</u> TransUnion Credit Report:

• For your protection, your account numbers have been partially masked, and in some cases scrambled.

**YOUR CREDIT FILE CONTAINS:**

• One or more Adverse Accounts. Adverse information typically remains on your credit file for up to 7 years from the date of the delinquency. To help you understand what is generally considered adverse, we have added ›brackets‹ or shading to those items in this report.

File Number: 316715767
Date Issued: 05/03/2016



**-Begin Credit Report-**

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

**Rating Key**

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

## Adverse Accounts

**USAA SAVINGS BANK #8373****** ( 10750 MCDERMOTT FWY, SAN ANTONIO, TX 78244, (800) 531-2265 x68034 )

| | | | |
|---|---|---|---|
| Date Opened: | 03/07/2006 | Balance: | $51,732 |
| Responsibility: | Individual Account | Date Updated: | 04/30/2016 |
| Account Type: | Line of Credit Account | Payment Received: | $3,069 |
| Loan Type: | HOME EQUITY LOAN | Last Payment Made: | 06/15/2011 |
| | | High Balance: | $53,000 |
| | | Credit Limit: | $53,000 |
| | | Past Due: | >$51,732< |

Pay Status: >Charged Off<
Terms: Paid Monthly
>Maximum Delinquency of 120 days in 12/2011 and in 01/2012<

**Remarks:** DISP INVG COMP-RPT BY GRNTR; COLLAT RELEASD-BAL OWING; >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 08/2018

| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 |

| | 11/2011 | 10/2011 | 09/2011 | 08/2011 | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | 90 | 60 | 30 | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2010 | 06/2010 | 05/2010 | 04/2010 | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**- End of investigation results -**

To view a free copy of your full, updated credit file, go to our website www.transunion.com/fullreport

**-End of Credit Report-**

MᴄDOWELL MOUNTAIN
JUSTICE COURT
FILED

'16 MAY 24   AM 9: 34

**MᴄCᴀʀᴛʜʏ  L ᴀ ᴡ  P L C**
CANDID CONVERSATION. WISE COUNSEL.

Kevin Fallon McCarthy, 011017
Joon Kee, 028152
Devan Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee@mccarthylawyer.com
devan.michael@mccarthylawyer.com
Attorneys for Plaintiff(s)

**MᴄDOWELL MOUNTAIN JUSTICE COURT**
**MARICOPA COUNTY, STATE OF ARIZONA**
18380 NORTH 40TH STREET, PHOENIX, ARIZONA 85032

| | |
|---|---|
| TROY GAMM | Case No.: CC |
| Plaintiff, | |
| v. | **INITIAL DISCOVERY SET TO** |
| USAA FEDERAL SAVINGS BANK, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION LLC, | **EXPERIAN INFORMATION SOLUTIONS, INC.** |
| Defendants. | |

Plaintiff, TROY GAMM, gives notice of service upon and requests that Defendant individually respond to the following interrogatories, requests for production, and requests for admission within sixty (60) days of service.

## PREFATORY INSTRUCTIONS TO INTERROGATORIES

The Justice Court Rules of Civil Procedure allow a party to send up to forty (40) interrogatories to another party. An interrogatory is a written question that is sent by a party to another party that must be answered in writing and under oath by the party to whom the interrogatory is sent. If you do not answer an interrogatory because you object to the interrogatory, you must state a reason for your objection.

Provide your answers in the space directly below each question. If there is not enough space for your answer to a particular question, you may continue on a blank page by including the question above your answer. After you have completed your response to the interrogatories, you must sign on the last page to affirm that you have truthfully answered the questions and that you have a good faith basis for any objections that you may have made. You must provide your original answers to interrogatories to the party who sent them to you, and you must provide a copy to every other party in the lawsuit.

Your response to these interrogatories is due forty (40) days after they have been served on you, unless the interrogatories were served with the summons and complaint, in which case

your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not answer these interrogatories by the date provided in this notice, the party who served them may file a motion asking that the court order you to answer them. If the court enters that order, the court may also require you to pay expenses, including attorneys' fees incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all or your claims or defenses in this lawsuit; if you are a plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

All information is to be divulged which is in the possession of the individual or corporate party, his attorneys, investigators, agents, employees, or other representatives of the named party.

When an individual interrogatory calls for an answer that involves more than one party, each part of the answer should clearly set out so that it is understandable.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

(a) any and all names, legal, trade or assumed;

(b) all addresses used; and

(c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## NON UNIFORM INTERROGATORIES

**INTERROGATORY NO. 1:** Please identify the names, addresses, and telephone numbers of all persons who supplied information responsive to these interrogatories.

**ANSWER:**

**INTERROGATORY NO. 2:** Please identify the names, addresses, and telephone numbers of all persons who have personal knowledge of any of the facts, events, or matters that are alleged in

1  Plaintiff's complaint, your answer, anticipated answer and/or defenses thereto and describe and

2  explain your understanding of the matters on which the persons named have knowledge.

3  **ANSWER:**

4

5

6  **INTERROGATORY NO. 3:** Please identify all correspondence or documents that refer or relate

7  to any correspondence or communication between you and any other person relating or referring

8  to the facts, acts, events, or matters alleged in Plaintiff's complaint, or your answer, anticipated

9  answer and/or defenses thereto.

10  **ANSWER:**

11

12

13  **INTERROGATORY NO. 4:** Please identify each person whom you may call as a witness at trial

14  including name, address, and telephone number, and the substance of the facts and opinions to

15  which the witness may testify.

16  **ANSWER:**

17

18

19  **INTERROGATORY NO. 5:** Please list, explain and describe documents known to you or

20  believed by you to exist concerning the events described in Plaintiff's complaint or concerning any

21  event which is the subject of any defense you have raised to this lawsuit.

22  **ANSWER:**

23

24

25

26  **INTERROGATORY NO. 6:** Please identify each employee or non-employee witness or expert

27  witness you believe may have formed any opinion or consulted with you about the facts or basis

28  of this lawsuit or any defense or allegation you have raised in this lawsuit. For each such person

1  identified, please list each and every lawsuit in which that person has testified by affidavit,

2  deposition, trial testimony, or by report furnished to the court or opposing counsel. Please explain

3  and describe the nature of each such statement by the person so identified. Please identify the

4  lawsuit by complete caption, court name, cause number, and date the affidavit, deposition, trial

5  testimony, or report was made, taken or occurred.

6  **ANSWER:**

7

8

9  **INTERROGATORY NO. 7:**  Please identify all individuals known to you or your attorney who

10  are not witnesses, but who you have reason to believe have knowledge pertinent to the events at

11  issue as alleged in the pleadings, and provide a brief summary of the facts to which each such

12  person could testify. For each person, please state the following:

13      a.    Please state whether each such person is affiliated with, or related

14      to, or employed by any party (or its agents, servants, officers, or employees)

15      to this lawsuit;

16      b.    If any of the persons so listed in response to this interrogatory do not

17      fit the characterization in subpart (a) above, please describe the nature of

18      their involvement in this lawsuit;

19      c)    Please explain and describe your understanding of their knowledge

20      of such facts.

21  **ANSWER:**

22

23

24  **INTERROGATORY NO. 8:**  Please state whether any of the individuals listed in the answers to

25  the preceding interrogatories have given any statement[s] to you and, if so, please identify the

26  individual giving the statement, identify the individual to whom the statement was given, the date

27  of the statement, and whether or not the statement was written or recorded and, if it was written or

28  recorded, identify the individual presently in possession of such writing or recording.

1    **ANSWER**:

2

3

4    **INTERROGATORY NO. 9:** Please list each exhibit which you may attempt to introduce as

5    evidence at the trial of this case, or which has been used or referred to by any witness, expert or

6    lay, on your behalf.

7    **ANSWER**:

8

9

10    **INTERROGATORY NO. 10:** For each paragraph of Plaintiff's complaint which you deny the

11    allegations, please explain and describe any facts which you believe support each denial.

12    **ANSWER**:

13

14

15    **INTERROGATORY NO. 11:** Please explain and describe when, how and under what

16    circumstances you archive, retain or capture account data in any file bearing any of Plaintiffs'

17    personal identifiers. List the archived data files and reports wherein any personal information about

18    Plaintiff or attributed to any of Plaintiff's personal identifiers, including the date such data was

19    captured, retained and/or archived, who has possession of those reports, the manner in which the

20    reports are maintained, and the retention policy[ies] regarding those reports. This request includes

21    your normal data file retention processes.

22    **ANSWER**:

23

24

25    **INTERROGATORY NO. 12:** Please explain and describe when and how you transmit account

26    data stored in any file bearing any of Plaintiff's personal identifiers to any Consumer Reporting

27    Agency ("CRA").

28

1  **ANSWER**:

2

3

4  **INTERROGATORY NO. 13:**  Please explain and describe any disputes you received from

5  Plaintiff or concerning Plaintiff and explain and describe your actions and disposition of your

6  actions in connection with each contact or communication.

7  **ANSWER**:

8

9

10  **INTERROGATORY NO. 14:**  Please explain and describe each Consumer Dispute Verification

11  or Automated Consumer Dispute Verification ("CDV" or "ACDV" respectively) communication

12  or other dispute communication you issued to any furnisher of credit information which pertained

13  to Plaintiff or any of his/her personal identifiers. For each such CDV, ACDV or other dispute

14  communication, please identify the person reporting such dispute, state the date the dispute was

15  received and the date you issued any response, explain and describe the dispute conveyed, and fully

16  explain and describe your response[s] on each such occasion.

17  **ANSWER**:

18

19

20  **INTERROGATORY NO. 15:**  Please list, explain and describe each and every code contained in

21  each reinvestigation record and file and retained computer record and screen/file you generated

22  and accessed regarding Plaintiff. For each such code, please also explain and describe, in detail,

23  the purpose of such code, the content of such action, the duration of such action, and the reason

24  you permitted such action or entry.

25  **ANSWER**:

26

27

28

## PREFATORY INSTRUCTIONS TO REQUEST FOR PRODUCTION

The Justice Court Rules of Civil Procedure allow a party to request from another party up to ten (10) documents or items, or up to ten (10) categories of documents or items. If you do not produce a document or a category of documents or items because you object to a specific request, you must state a reason for your objection. A party may also request to enter on to designated land or other property to inspect it, or to take measurements, photographs, or samples.

A party who produces documents must provide them as they are kept in the usual course of business, or they must organize and label them in response to the requests. Electronic documents or electronic records must be produced in the format that has been requested or in the format that the electronic documents or records are usually kept.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Your response to requests made under this rule is due forty (40) days after the requests have been served on you, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or unless otherwise ordered by the court. If you do not comply with the requests that have been made in this notice, the party who served them may file a motion asking that the court order you to comply. If the court enters that order, the court may also require you to pay expenses, including reasonable attorneys' fees, incurred by the other party in obtaining the order. If you fail to comply with the order, the other party may ask the court to impose additional penalties against you, including: that you may not introduce evidence of some or all of your claims or defenses in this lawsuit; if you are a Plaintiff, that your lawsuit be dismissed; or if you are a defendant, that judgment be entered against you by default.

Each of the above-named parties is to produce for inspection and copying all documents in their possession or control or otherwise available to it/them that is/are responsive to the requests contained in the numbered paragraphs below. Each of the above-named parties shall specify which documents are produced in response to each of the numbered paragraphs.

If any document herein requested was formerly in the possession, custody, or control of each of the above-named parties and has been lost or destroyed, each of the above-named parties is requested to submit in lieu of each document a written statement which:

1. Describes in detail the nature of the document and its contents; AND

2. Identifies the person who prepared or authored the document and, if applicable, the person(s) to whom the document was sent; AND

3. Specifies the date on which the document was prepared or transmitted or both; AND

4. Specifies, if possible the date on which the document was lost or destroyed, and, if destroyed, the conditions or the reasons for such destruction and the persons requesting and performing the destruction.

If any document otherwise required to be produced by this request is withheld on the grounds of privilege or otherwise, you shall identify the document by document control number if available, or other sufficient information to identify the document and the reasons for the non-disclosure.

This request for production of documents is continuing and any document obtained or located subsequent to production, which would have been produced, had it been available or its existence known at the time is to be supplied forthwith.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the action taken, the date of the action, the means used to effect such action, the location of origin of the action and the reason the action was taken.

Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or otherwise recorded.

"Identify" means that you should state:

     (a) any and all names, legal, trade or assumed; AND

     (b) all addresses used; AND

     (c) all telephone and tele-fax numbers used.

"Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

"Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

The term "consumer reporting agency" means any person which, for monetary fees, dues, or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

## **REQUESTS FOR PRODUCTION**

**REQUEST NO. 1:**  Please produce a copy of all documents or computerized records, kept in any form or manner, known to you or believed by you to exist concerning any of the events described in Plaintiff's Complaint or concerning any of the events which are the subject[s] of any allegations, defense[s] or contentions you have raised to this lawsuit or in connection with this lawsuit.

**ANSWER:**

**REQUEST NO. 2:**  Please produce a complete and legible copy, transcription and summary of any statement[s], in any recorded format, provided to you or your attorneys in connection with any of the facts, asserted by any person, in this lawsuit and, if the witness produce any tangible item, please produce that item for inspection and copying at the time of your responses or produce a copy of that item with your responses.

**ANSWER:**

1

2 **REQUEST NO. 3:**

3 Please produce a complete and legible copy of each exhibit which you may attempt to introduce as

4 evidence at the trial of this case.

5 **ANSWER:**

6

7

8 **REQUEST NO. 4:**  For each paragraph of Plaintiff's petition for which you deny the allegations,

9 please provide a copy of any evidence or proof which you believe may support each denial.

10 **ANSWER:**

11

12

13 **REQUEST NO. 5:**  Please produce a complete and legible copy of any communications you

14 received from Plaintiff and which you sent to Plaintiff.

15 **ANSWER:**

16

17

18

19

20

21

22

23

24

25

26

27

28

## PREFATORY INSTRUCTIONS TO REQUEST FOR ADMISSION

The Justice Court Rules of Civil Procedure allow a party to send up to twenty-five (25) requests for admissions to another party. Each request must contain only one fact or one contention to admit or deny. A request may inquire about whether a document is genuine or accurate. You must admit or deny each of these requests, unless you object to a request, in which case you must state a reason for your objection. You may not object on the basis that you do not have knowledge or information concerning the request unless you have first made a reasonable inquiry to obtain knowledge or information.

You must provide your original response to requests under this rule to the party who sent them to you, and you must provide a copy to every other party in the lawsuit. Responses to requests for admissions are due forty (40) days from the date they are served, unless the requests were served with the summons and complaint, in which case your response is due within sixty (60) days after the date of service, or as ordered by the court.

If you do not respond to these requests for admissions by the date provided in this notice, your failure to respond may be considered as an admission of the requests.

## DEFINITIONS

When the terms "you," "Plaintiff" or "Defendant" are used, they are meant to include every individual party and include your agents, employees, your attorneys, your accountants, your investigators, anyone else acting on your behalf. Separate answers should be given for each person named as the party, if requested.

When the term "document" is used, it is meant to include every "writing", "recording" and "photograph' as those terms are defined in Rule 1001, Ariz.R.Evid. For each "document" responsive to any request withheld from production by you on the ground of any privilege, please state:

    (a)    the nature of the document (e.g., letter, memorandum, contract, etc.);

    (b)    the author or sender of the document;

    (c)    the recipient of the document;

    (d)    the date the document was authored, sent, and/or received; and

    (e)    the reason such document is allegedly privileged.

Where the term "contract" is used, it is meant to mean or to include the contract between the parties to this action that is the subject of the pleadings.

Where the terms "claim" or "claims" are used, they are meant to mean or to include a demand, cause of action or assertion for something due or believed to be due.

Where the terms "defense" or "defenses" are used, they are meant to mean or to include any justification, excuse, denial or affirmative defense in response to the opposing party's claim.

1     Where the term "negotiation(s)" is used, it is meant to mean or to include conversations, discussions, meetings, conferences and other written or verbal exchanges that relate to the contract.

2

3     Where the term "Audit Trail" is used, it is meant to mean or include a complete, detailed listing of each and every alteration, deletion, inquiry into, modification or other change to the credit report or profile as maintained in recorded form, in the broadest sense, by "you". The listing should

4 include the identity, address, employer and title of the person(s) taking the action, the identity, address, employer and title of the person(s) authorizing the action, a detailed explanation of the

5 action taken, the date of the action, the means used to effect such action, the location of origin of

6 the action and the reason the action was taken.

7     Where the term "data" is used, it is meant to mean or include the physical symbols in the broadest sense that represent information, regardless of whether the information is oral, written or

8 otherwise recorded.

9     "Identify" means that you should state:

10         (a) any and all names, legal, trade or assumed; AND

11         (b) all addresses used; AND

12         (c) all telephone and tele-fax numbers used.

13

14     "Person(s)" means any human being, sole proprietorship, limited partnership, partnership, association, group of human beings, other legal or de facto entity, or corporation, of whatever kind.

15

16     "Personal Identifiers" means a person's name or social security number or other unique data which identifies or is associated with a particular "person."

17     The term "Consumer Reporting Agency" means any person which, for monetary fees, dues,

18 or on a cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the

19 purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

20

21               **REQUESTS FOR ADMISSION**

22 **REQUEST FOR ADMISSION NO. 1:**   Admit that you, Defendant, inaccurately reported

23 information related to Plaintiff's account which is the subject of this suit.

24     ☐ADMIT ☐DENY

25 **REQUEST FOR ADMISSION NO. 2:**   Admit that you, Defendant, failed to correct the

26 inaccurate information you reported regarding Plaintiff's account which is the subject of this suit.

27     ☐ADMIT ☐DENY

28

1   **REQUEST FOR ADMISSION NO. 3:**  Admit that you, Defendant, received a dispute regarding

2   Plaintiff's account which is the subject of this suit.

3               ☐ADMIT  ☐DENY

4   **REQUEST FOR ADMISSION NO. 4:**   Admit that you, Defendant, failed to have systems in

5   place to accurately identify and relay all the pertinent details of the dispute to the party reporting

6   such information.

7               ☐ADMIT  ☐DENY

8   **REQUEST FOR ADMISSION NO. 5:**   Admit that you, Defendant, failed to conduct a

9   reinvestigation regarding Plaintiff's disputed account which is the subject of this suit, after the

10  party reporting the incorrect information verified it through the ACDV.

11              ☐ADMIT  ☐DENY

12  **REQUEST FOR ADMISSION NO. 6:**  Admit that you, Defendant, failed to have reasonable

13  systems in place to prevent a party that reports information, from automatically updating any

14  manually flagged accounts, once disputes have been submitted.

15              ☐ADMIT  ☐DENY

16

17          Respectfully submitted this 20th day of May, 2016.

18                          MCCARTHY LAW, PLC

19                      By:

20                          Kevin Fallon McCarthy, Esq.
                            Joon N. Kee, Esq.
21                          Devan Michael, Esq.
                            Attorney for Plaintiff
22

23

24

25

26

27

28