**MᴄCᴀʀᴛʜʏ** Lᴀᴡ PLC
Cᴀɴᴅɪᴅ Cᴏɴᴠᴇʀsᴀᴛɪᴏɴ. Wɪsᴇ Cᴏᴜɴsᴇʟ.

Kevin Fallon McCarthy, 011017
Joon N. Kee, 028152
Devan E. Michael, 032803
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ 85251
602-456-8900
joon.kee @mccarthylawyer.com
devan.michael@mccarthylawyer.com
Attorneys for Plaintiff

# Iɴ ᴛʜᴇ Uɴɪᴛᴇᴅ Sᴛᴀᴛᴇs Dɪsᴛʀɪᴄᴛ Cᴏᴜʀᴛ
## ꜰᴏʀ ᴛʜᴇ Dɪsᴛʀɪᴄᴛ ᴏꜰ Aʀɪᴢᴏɴᴀ, Pʜᴏᴇɴɪx Dɪᴠɪsɪᴏɴ

| | |
|---|---|
| TROY GAMM | Case No.: 2:16-cv-02045-GMS |
|     Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
|     USAA FEDERAL SAVINGS BANK, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., AND TRANS UNION, LLC, | |
|     Defendants. | |

Troy Gamm ("Plaintiff") and Equifax Information Services LLC ("Equifax") (hereinafter Equifax together with Plaintiff referred to as "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against Equifax. The Parties are in the process of finalizing the settlement, whereupon the Parties will move for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against Equifax will be finalized within the next sixty (60) days.

Respectfully submitted this 27th day of July, 2016.

SNELL & WILMER LLP
*By: /s/ Jacob C. Jones*
Jacob C. Jones
One Arizona Center
400 E. Van Buren St. #1900
Phoenix, AZ 85004-2202
Attorney for Defendant: Equifax
Information Services LLC

MCCARTHY LAW PLC
*By:/s/ Joon N. Kee*
Joon N. Kee
4250 N. Drinkwater Boulevard, Suite 320
Scottsdale, AZ 85251
Attorneys for Plaintiff

MᴄCᴀʀᴛʜʏ Lᴀᴡ, PLC
4250 N. Dʀɪɴᴋᴡᴀᴛᴇʀ Bʟᴠᴅ
Sᴜɪᴛᴇ 320
Sᴄᴏᴛᴛsᴅᴀʟᴇ, Aʀɪᴢᴏɴᴀ 85251
602-456-8900
ᴡᴡᴡ.MᴄCᴀʀᴛʜʏLᴀᴡʏᴇʀ.ᴄᴏᴍ

Gamm v. USAA et al.                           1                           Notice of Settlement

1

2

**CERTIFICATE OF SERVICE**

3

I hereby certify that on this 27th day of July, 2016, I electronically transmitted the foregoing

4

document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of

5

Electronic Filing to all CM/ECF registrants of record in this matter.

6

*/s/ Joon N. Kee*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

McCarthy Law, PLC
4250 N. Drinkwater Blvd
Suite 320
Scottsdale, Arizona 85251
602-456-8900
www.McCarthyLawyer.com