# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy Gamm, | No. CV-16-02045-PHX-GMS |
| Plaintiff, | **ORDER** |
| v. | |
| USAA Federal Savings Bank, et al., | |
| Defendants. | |

Pending before the Court is the parties' Stipulation for Dismissal with Prejudice as to Equifax Information Services LLC (Doc. 26), and good cause appearing,

**IT IS HEREBY ORDERED** granting the Stipulation and dismissing Equifax Information Services LLC with prejudice (Doc. 26), with each party to bear its own attorneys' fees and costs.

Dated this 19th day of September, 2016.

_____
Honorable G. Murray Snow
United States District Judge