**MCCARTHY LAW PLC**
*CANDID CONVERSATION. WISE COUNSEL.*

**Kevin Fallon McCarthy, 011017**
**Joon N. Kee, 028152**
**4250 North Drinkwater Blvd, Suite 320**
**Scottsdale, AZ  85251**
**602-456-8900**
**joon.kee@mccarthylawyer.com**
**Attorneys for Plaintiff**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA, PHOENIX DIVISION

| | |
|---|---|
| TROY GAMM<br><br>  Plaintiff,<br><br>v.<br><br>USAA FEDERAL SAVINGS BANK, et al<br><br>  Defendants. | Case No.: 2:16-cv-02045-GMS<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Troy Gamm ("Plaintiff") and USAA Federal Savings Bank ("USAA FSB") (hereinafter USAA FSB together with Plaintiff collectively referred to as the "Parties"), by and through their undersigned counsel, hereby notify the Court that the Parties have reached a settlement in the above-referenced matter which will include the dismissal with prejudice of all claims against USAA FSB. The Parties are in the process of finalizing the settlement, whereupon the Parties will file a motion for dismissal with prejudice. The Parties anticipate that the settlement and dismissal of claims against USAA FSB will be finalized within the next sixty (60) days.

Respectfully submitted this 15th day of December, 2016.

| | |
|---|---|
| Polsinelli PC<br>By: */s/John Craiger*<br>John Craiger<br>One East Washington St.<br>Suite 1200<br>Phoenix, AZ 85004-2568<br>Attorney for USAA Federal Savings Bank | MCCARTHY LAW PLC<br>*By:/s/ Joon N. Kee*<br>Kevin Fallon McCarthy<br>Joon N. Kee<br>Devan Michael<br>4250 N. Drinkwater Boulevard, Suite 320<br>Scottsdale, AZ 85251<br>Attorneys for Plaintiff |

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of December, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

/s/ Joon N. Kee