# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Troy Gamm,<br><br>          Plaintiff,<br><br>v.<br><br>USAA Federal Savings Bank, et al.,<br><br>          Defendants. | No. CV-16-02045-PHX-GMS<br><br>**ORDER** |

The Court having considered the Stipulation for Dismissal as to Trans Union LLC (Doc. 51), and good cause appearing,

**IT IS ORDERED** that the Stipulation is granted. Defendant Trans Union LLC is dismissed from this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated this 21st day of December, 2016.

_____
Honorable G. Murray Snow
United States District Judge